UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LANICE K. GLOVER,

    Plaintiff,                        CASE NO.: 8:17-cv-00732-RAL-TBM

v.

HOMEGOODS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LANICE K. GLOVER, and Defendant, HOMEGOODS, INC. (collectively referred to herein as "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with each party to bear its own attorneys' fees and costs.

    Dated:  December 12, 2017.        Respectfully Submitted,

By: /s/ Frank M. Malatesta              By: /s/ Elaine W. Keyser
Frank M. Malatesta, Esq.                  Elaine W. Keyser, Esq.
Florida Bar No. 0097080                   Florida Bar No. 013606
E-mail: frank@malatestalawoffice.com    E-mail: ekeyser@littler.com
MALATESTA LAW OFFICE                Alexandra Blanco, Esq.
871 Venetia Bay Blvd.                         Florida Bar No. 106874
Suite 220                                          E-mail: alblanco@littler.com
Venice, FL 34285                           LITTLER MENDELSON, P.C.
Telephone: (941) 256-3812                333 SE 2nd Avenue, Suite 2700
Facsimile:  (888) 501-3865                Miami, FL 33131
                                                    Telephone: (305) 400-7500
*Counsel for Plaintiff*                        Facsimile:  (305) 603-2552

                                                    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of December, 2017, I electronically filed the foregoing document via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Elaine W. Keyser*
Elaine W. Keyser, Esq.

Firmwide:151720831.1 053070.1210