UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LANICE K. GLOVER,

    Plaintiff,

v.                                  CASE NO: 8:17-cv-732-T-26TBM

HOMEGOODS, INC.,

    Defendant.
_____/

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice [10]. In accord with the stipulation, it is **ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed with prejudice.

2)     The Clerk is directed to terminate any pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on December 12, 2017.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record